JONATHAN M. COK
COK KINZLER PLLP
P. O. Box 1105
Bozeman, Montana 59771-1105
Telephone: (800) 677-6263
jcok@cokkinzlerlaw.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

* * * * * * * * * *

| | |
|---|---|
| JESSICA U.,<br><br>          Plaintiff,<br>     v.<br><br>HEALTHCARE SERVICE CORPORATION d/b/a BLUE CROSS AND BLUE SHIELD OF MONTANA,<br><br>          Defendant. | CV-18-5-H-CCL<br>Hon. Charles C. Lovell<br><br>**MOTION FOR<br>LISA S. KANTOR<br>TO APPEAR *PRO HAC VICE*** |

Pursuant to U. S. District Court L. R. 83.1(d), Jonathan M. Cok, moves this Court for *Pro Hac Vice* admission of Lisa S. Kantor, of the law firm of Kantor & Kantor, LLP, for the purpose of her representation of the above-named Plaintiff, with the undersigned in this matter.  Pursuant to L.R. 83.1(d), Lisa S. Kantor's verified Affidavit is attached hereto as Exhibit A.

**MOTION FOR LISA S. KANTOR TO APPEAR *PRO HAC VICE***                                                   1

The undersigned is a member of the Bar of this Court and has consented to act as local counsel and perform the duties as set forth in L.R. 83.1(d).

## CONCLUSION

Based on the above and Exhibit A, attached hereto, the undersigned respectfully requests that the Court grant Lisa S. Kantor's Application to appear *Pro Hac Vice*. A proposed Order has been lodged.

DATED this 31st day of January, 2018.

/s/ Jonathan M. Cok
Jonathan M. Cok
COK KINZLER PLLP

Attorneys for Plaintiff

**MOTION FOR LISA S. KANTOR TO APPEAR *PRO HAC VICE*** 2