# EXHIBIT A

## SWORN AFFIDAVIT IN SUPPORT OF THE APPLICATION OF LISA S. KANTOR FOR ADMISSION PRO HAC VICE

In application for pro hac vice appearance, Lisa S. Kantor states that:

1. I am an attorney duly licensed to practice in the state of California. I am a member of the firm of Kantor & Kantor, LLP, and am counsel to Plaintiff in *Jessica U. v. Health Care Service Corporation d/b/a Blue Cross and Blue Shield of Montana*, Case No. 6:18-cv-00005-CCL, filed in this Court. I have personal knowledge of the facts set forth in this Application.

2. I do not reside in Montana, and I am not regularly engaged in business in this state.

3. My residence is Northridge, CA 91325.

4. My business address is 19839 Nordhoff Street, Northridge, CA 91324.

5. I am an attorney at law admitted to practice in:

| **Federal Courts** |
| --- |
| 1. United States Supreme Court – Admitted 1/22/2013 – in good standing |
| 2. First Circuit Court of Appeals – Admitted 08/10/16 – in good standing |
| 3. Second Circuit Court of Appeals – Admitted 10/29/14 – in good standing |
| 4. Third Circuit Court of Appeals – Admitted 10/16/14 – in good standing |
| 5. Fifth Circuit Court of Appeals – Admitted 10/23/14 – in good standing |
| 6. Ninth Circuit Court of Appeals – Admitted 7/29/1988 – in good standing |
| 7. Tenth Circuit Court of Appeals – Admitted 11/25/14 – in good standing |
| 8. Eleventh Circuit Court of Appeals – Admitted 04/23/15 – in |

|  | good standing |
|---|---|
| 9. | California: Central District of California – Admitted 1/18/1984 – in good standing |
| 10. | California: Eastern District of California – Admitted 10/11/1994 – in good standing |
| 11. | California: Northern District of California – Admitted 3/5/2013 – in good standing |
| 12. | California: Southern District of California – Admitted 6/12/1984 – in good standing |
| | **Federal Courts – Pro Hac Vice** |
| 13. | Arizona: District of Arizona – Admitted Pro Hac Vice 6/11/13- in good standing |
| 14. | Connecticut: District of Connecticut – Admitted Pro Hac Vice 7/17/15 – in good standing |
| 15. | Florida: Southern District of Florida – Admitted Pro Hac Vice 12/20/2011 – in good standing |
| 16. | Georgia: Northern District of Georgia – Admitted Pro Hac Vice 04/18/14 – in good standing |
| 17. | Illinois: Northern District of Illinois – Admitted Pro Hac Vice 6/27/14 – in good standing |
| 18. | Maine: District of Maine – Admitted Pro Hac Vice 01/06/15 – in good standing |
| 19. | Missouri – Eastern District of Missouri – Admitted Pro Hac Vice 06/17/15 – in good standing |
| 20. | New Jersey – District of New Jersey – Admitted Pro Hac Vice 09/23/15 – in good standing |
| 21. | New York: Eastern District of New York – Admitted Pro Hac Vice 06/11/15 – in good standing |
| 22. | New York: Northern District of New York – Admitted Pro Hac Vice 4/05/2012 – in good standing |
| 23. | New York: Southern District of New York – Admitted Pro Hac Vice 06/21/14 – in good standing |
| 24. | Ohio: Southern District of Ohio – Admitted Pro Hac Vice 07/02/13 – in good standing |

| | |
|---|---|
| 25. | Pennsylvania: Eastern District of Pennsylvania – Admitted Pro Hac Vice 12/02/13 – in good standing |
| 26. | Rhode Island: District of Rhode Island – Admitted Pro Hac Vice 04/01/15 – in good standing |
| 27. | Texas: Southern District of Texas – Admitted Pro Hac Vice 5/31/13- in good standing |
| 28. | Texas: Western District of Texas – Admitted Pro Hac Vice 02/19/14 – in good standing |
| 29. | Utah: District of Utah – Admitted Pro Hac Vice 06/18/13 – in good standing |
| 30. | Washington: Western District of Washington – Admitted Pro Hac Vice 07/09/14 – in good standing |
| | **California Supreme Court** |
| 31. | Supreme Court of California – Admitted 12/12/1983 – in good standing |

6. I am an attorney in good standing and eligible to practice in the above-referenced court(s).

7. I am not currently and have never been suspended or disbarred by any court.

8. I have never been held in contempt, otherwise disciplined by any court for disobedience to its rules or orders, or sanctioned by any court.

9. I have not concurrently, or within the two years preceding the date of this Application, made any pro hac vice application to this Court.

10. I understand that pro hac vice admission in this Court is personal to me only and is not admission of a law firm and I will be held fully accountable for the conduct of the litigation in this Court.

11. I designate Jonathan M. Cok, Cok Kinzler PLLP, P.O. Box 1105, Bozeman, MT, 59715-1105, (406) 587-4445 as local counsel.

I declare under penalty of perjury under the laws of the state of Montana that the factual statements of this Declaration are true and correct.

DATED this 22 day of January, 2018.

*Lisa S. Kantor*

Lisa S. Kantor

---

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 22nd day of January, 2018, by Lisa S. Kantor, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

(Seal) [WENDY N. CASTILLO, Commission # 2090488, Notary Public - California, Los Angeles County, My Comm. Expires Nov 17, 2018]

Signature *Wendy N. Castillo*