UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

* * * * * * * * * *

| | |
|---|---|
| JESSICA U.,<br><br>                          Plaintiff,<br><br>v.<br><br>HEALTHCARE SERVICE CORPORATION d/b/a BLUE CROSS AND BLUE SHIELD OF MONTANA,<br><br>                          Defendant. | CV-18-5-H-CCL<br>Hon. Charles C. Lovell<br><br>**ORDER GRANTING ELIZABETH K. GREEN ADMISSION *PRO HAC VICE*** |

Jonathon M. Cok of Cok Kinzler PLLP, local counsel for Plaintiff, having moved this Court for an Order admitting Elizabeth K. Green, *pro hac vice*, and the Court, having been duly advised in the premises and having examined said Motion, NOW FINDS as follows:

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED by this Court that Elizabeth Green, of the law firm Kantor & Kantor, LLP, should be, and hereby is, admitted *pro hac vice* to appear in the above-captioned matter.

Local counsel, Jonathon Cok, will be designated as lead counsel or as co-lead counsel along with Ms. Green. Ms. Green must do her own work. Ms.

Green must do her own writing, sign her own pleadings, motions, briefs and other documents served or filed by her, and if designated, co-lead counsel must appear and participate in all proceedings before the Court. Local counsel shall also sign such pleadings, motions and briefs and other documents served or filed. Admission is personal to Ms. Green.

Dated this 1st day of February, 2018.

_____
CHARLES C. LOVELL
SENIOR UNITED STATES DISTRICT JUDGE