UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

\* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| JESSICA U.,<br><br>  Plaintiff,<br><br>v.<br><br>HEALTHCARE SERVICE<br>CORPORATION d/b/a BLUE CROSS<br>AND BLUE SHIELD OF MONTANA,<br><br>  Defendant. | CV-18-5-H-CCL<br>Hon. Charles C. Lovell<br><br>**ORDER<br>GRANTING LISA S. KANTOR<br>ADMISSION *PRO HAC VICE*** |

Jonathon M. Cok of Cok Kinzler, PLLP, local counsel for Plaintiff, having moved this Court for an Order admitting Lisa S. Kantor, *pro hac vice*, and the Court, having been duly advised in the premises and having examined said Motion, NOW FINDS as follows:

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED by this Court that Lisa S. Kantor, of the law firm Kantor & Kantor, LLP, should be, and hereby is, admitted *pro hac vice* to appear in the above-captioned matter.

Local counsel, Jonathon Cok, will be designated as lead counsel or as co-lead counsel along with Ms. Kantor. Ms. Kantor must do her own work. Ms. Kantor must do her own writing, sign her own pleadings, motions, briefs and other

documents served or filed by her, and if designated, co-lead counsel must appear and participate in all proceedings before the Court. Local counsel shall also sign such pleadings, motions and briefs and other documents served or filed. Admission is personal to Ms. Kantor.

Dated this 1st day of February, 2018.

/s/ Charles C. Lovell
CHARLES C. LOVELL
SENIOR UNITED STATES DISTRICT JUDGE