Daniel J. Auerbach
BROWNING, KALECZYC, BERRY & HOVEN, P.C.
201 West Railroad Street, Suite 300
Missoula, MT 59802
Telephone: 406.728.1694
Facsimile: 406.728.5475
daniel@bkbh.com

Martin J. Bishop
Rebecca R. Hanson
Meredith A. Shippee
Reed Smith LLP
10 South Wacker Drive, 40th Floor
Chicago, IL 60606
Telephone: 312.207.1000
Facsimile: 312.207.6400
mbishop@reedsmith.com
rhanson@reedsmith.com
mshippee@reedsmith.com

*Attorneys for Health Care Service Corporation*

**FILED**

APR 0 2 2018

Clerk, U.S. District Court
District Of Montana
Helena

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| JESSICA U.,<br><br>Plaintiff,<br><br>v.<br><br>HEALTHCARE SERVICE CORPORATION d/b/a BLUE CROSS AND BLUE SHIELD OF MONTANA,<br><br>Defendant. | Case No. 6:18-cv-00005-CCL<br><br>**ORDER FOR ADMISSION PRO HAC VICE OF MARTIN J. BISHOP** |

Daniel J. Auerbach of Browning, Kaleczyc, Berry & Hoven, P.C., moves for admission of Martin J. Bishop to practice before this Court pro hac vice. Mr. Bishop's application appears to be in order.

Accordingly, IT IS HEREBY ORDERED that the motion to admit Martin J. Bishop pro hac vice is granted on the condition that Mr. Bishop shall do his own work. This means Mr. Bishop must do his own writing, sign his own pleadings, motions and briefs, and appear and participate personally.

Counsel shall take steps to register in the Court's electronic filing system.

DATED this 2nd day of April, 2018.

CHARLES C. LOVELL
UNITED STATES DISTRICT COURT JUDGE