FILED

3/4/2019

Clerk, U.S. District Court
District of Montana
Helena Division

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| JESSICA U., *Plaintiff*, v. HEALTHCARE SERVICE CORPORATION d/b/a BLUE CROSS AND BLUE SHIELD OF MONTANA, *Defendant*. | CV 18-5-H-CCL ORDER |

The Court has reviewed the parties' Joint Motion to Extend Discovery and Motion Deadlines (Doc. 40) in which the parties seek to extend the discovery and summary judgment motions deadlines because they are scheduled for a settlement conference with Magistrate Judge Johnson on March 6, 2019 and want to delay briefing and filing discovery and summary judgment motions until after the settlement conference. Good causing appearing,

IT IS HEREBY ORDERED that the parties' Joint Motion to Extend Discovery and Motion Deadlines (Doc. 40) is GRANTED. The discovery deadline is extended until April 8, 2019, and the fully briefed motions deadline is extended

until May 24, 2019. All other deadlines established by the Court's May 30, 2018, Preliminary Scheduling Order (Doc. 32) shall remain in full force and effect.

DATED this 4th day of March, 2019.

_____
CHARLES C. LOVELL
SENIOR UNITED STATES DISTRICT JUDGE