Daniel J. Auerbach
BROWNING, KALECZYC, BERRY & HOVEN, P.C.
201 West Railroad St. Suite 300
Missoula, MT 59802
Telephone: 406.728.1694
Facsimile: 406.728.5475
daniel@bkbh.com

Martin J. Bishop *(pro hac vice)*
Rebecca R. Hanson *(pro hac vice)*
Meredith A. Shippee *(pro hac vice)*
REED SMITH LLP
10 South Wacker Drive, 40th Floor
Chicago, IL 60606
Telephone: (312) 207-1000
Facsimile: (312) 207-6400
mbishop@reedsmith.com
rhanson@reedsmith.com
mshippee@reedsmith.com

*Attorneys for Defendant Health Care Service Corporation*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| JESSICA U., | |
| *Plaintiff,* | Case No.: No. 6:18-cv-00005 |
| v. | |
| HEALTHCARE SERVICE CORPORATION d/b/a BLUE CROSS AND BLUE SHIELD OF MONTANA, | **DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |
| *Defendant.* | |

Defendant Health Care Service Corporation, an Illinois mutual legal reserve company operating in Montana as Blue Cross and Blue Shield of Montana ("BCBSMT"), by and through its counsel, now moves this Court for summary judgment pursuant to Federal Rule of Civil Procedure 56 on the claims asserted in Plaintiff's Complaint.   The reasons supporting this Motion are set forth in BCBSMT's accompanying Memorandum of Law in Support of Its Motion for Summary Judgment, filed herewith this Motion.

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULES

Pursuant to Local Rule 7.1(c)(1), BCBSMT's Counsel contacted Plaintiff's Counsel regarding the relief sought in BCBSMT's Motion for Summary Judgment on April 18, 2019, and Plaintiff's Counsel confirmed that Plaintiff opposes the Motion.

Dated:  April 19, 2019                    Respectfully submitted,

                                          HEALTH CARE SERVICE
                                          CORPORATION, a divison of which is
                                          Blue Cross and Blue Shield of Montana

                                          By: /s/ Daniel J. Auerbach

                                              Daniel J. Auerbach
                                              Browning, Kaleczyc, Berry &
                                              Hoven, P.C.
                                              201 West Railroad Street, Suite 300
                                              Missoula, MT  59802
                                              Telephone: 406.728.1694
                                              Facsimile: 406.728.5475
                                              daniel@bkbh.com

                                              /s/ Meredith A. Shippee
                                              Martin J. Bishop (*pro hac vice*)
                                              Rebecca R. Hanson (*pro hac vice*)
                                              Meredith A. Shippee (*pro hac vice*)
                                              Reed Smith LLP
                                              10 South Wacker Drive, 40th Floor
                                              Chicago, IL  60606
                                              Telephone:  312.207.1000
                                              Facsimile:  312.207.6400
                                              mbishop@reedsmith.com
                                              rhanson@reedsmith.com
                                              mshippee@reedsmith.com

                                              *Attorneys for Defendant Health
                                              Care Service Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that, on April 19, 2019, a true copy of the foregoing

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** was served via ECF

on all parties of record.


*/s/ Meredith A. Shippee*