FILED
4/22/2019
Clerk, U.S. District Court
District of Montana
Helena Division

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# HELENA DIVISION

| | |
|---|---|
| JESSICA U., *Plaintiff*, v. HEALTHCARE SERVICE CORPORATION d/b/a BLUE CROSS AND BLUE SHIELD OF MONTANA, *Defendant*. | Case No.: No. 6:18-cv-00005 **ORDER** |

Upon review of Defendant Health Care Service Corporation's *Unopposed Motion For Leave to File Protected Health Information and Individually Identifiable Information Under Seal,* and good cause showing,

**IT IS ORDERED** that Defendant may file the administrative record containing Protected Health Information and Individually Identifiable Information under seal.

DATED this 22nd day of April, 2019.

Charles C. Lovell
Senior United States District Judge