Michael D. Cok
Jonathan M. Cok
COK KINZLER PLLP
35 North Bozeman
P. O. Box 1105
Bozeman, Montana 59771-1105
Telephone: (406) 587-4445
mikecok@cokkinzlerlaw.com
jcok@cokkinzlerlaw.com

Elizabeth K. Green (pro hac vice)
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, CA 91324
Telephone: (818) 886-2525
egreen@kantorlaw.net

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA, BUTTE DIVISION

\* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| JESSICA U., | ) **PLAINTIFF'S MOTION FOR** |
| | ) **SUMMARY JUDGMENT** |
| Plaintiff, | ) |
| v. | ) |
| | ) Civil Action No. 6:18-cv-00005 |
| BLUE CROSS AND BLUE SHIELD OF MONTANA, | ) |
| Defendant. | ) |

Pursuant to Federal Rules of Civil Procedure 56, Plaintiff Jessica U. hereby moves the Court for an order of summary judgment in favor of Plaintiff and against Defendant Blue Cross Blue Shield of Montana. In support of Plaintiff's motion for summary judgment, Plaintiff has concurrently filed Plaintiff's Brief in Support of Plaintiff's Motion for Summary Judgment, Declaration of Elizabeth K. Green in Support of Plaintiff's Motion for Summary Judgment, and Plaintiff's Statement of Undisputed Facts in Support of Plaintiff's Motion for Summary Judgment. Plaintiff's counsel provided notice to Defendant's counsel regarding the filing of Plaintiff's Motion for Summary Judgment and it is Plaintiff counsel's understanding that Defendant opposes Plaintiff's Motion for Summary Judgment.

Alternatively, Plaintiff requests that, if the Court deems the matter not appropriate for summary judgment, the Court issue findings of fact and conclusions of law and enter judgment in Plaintiff's favor pursuant to Federal Rules of Civil Procedure 52.

Dated this 22th day of April, 2019.     Respectfully Submitted,

By:  /s/ Elizabeth K. Green

Elizabeth K. Green (admitted pro hac vice)
Attorneys for Plaintiff
Jessica U.

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 22, 2019 a true copy of the foregoing PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT was served via ECF on all parties of record.

Daniel J. Auerbach
BROWNING, KALECZYC, BERRY & HOVEN, P.C.
201 West Railroad St. Suite 300
Missoula, MT 59802
Telephone: 406.728.1694
Facsimile: 406.728.5475
daniel@bkbh.com

Martin J. Bishop (*pro hac vice*)
Rebecca R. Hanson *(pro hac vice)*
Meredith A. Shippee *(pro hac vice)*
REED SMITH LLP
10 South Wacker Drive, 40th Floor
Chicago, IL 60606
Telephone: (312) 207-1000
Facsimile: (312) 207-6400
mbishop@reedsmith.com
rhanson@reedsmith.com
mshippee@reedsmith.com

*/s/ Elizabeth K. Green*