IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| JESSICA U., | CV 18-05-H-DWM |
| Plaintiff, | |
| vs. | JUDGMENT |
| HEALTH CARE SERVICE CORPORATION d/b/a BLUE CROSS AND BLUE SHIELD OF MONTANA, | |
| Defendant. | |

IT IS HEREBY ORDERED that the Joint Motion for Judgment on the Pleadings and to Defer the Deadline for Filing of Plaintiff's Motion for Attorney's Fees (Doc. 86) is GRANTED.

IT IS FURTHER ORDERED that the Plaintiff's Motion for Summary Judgment (Doc. 54) is GRANTED, the Plaintiff's Motion for Reconsideration (Doc. 76) is GRANTED, and the Defendant's Motion for Summary Judgment (Doc. 45) is DENIED.

IT IS FURTHER ORDERED that the filing deadline pertaining to the Plaintiff's motion for attorney's fees, costs, and interest on the benefits awarded, is

1

deferred until resolution of the Defendant's appeal (Doc. 84) by the Ninth Circuit. Plaintiff shall file a status update no later than thirty (30) days after appellate proceeding have been completed.

DATED this 13th day of April, 2021.

Donald W. Molloy, District Judge
United States District Court