UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| JESSICA U., <br><br> Plaintiff, <br><br> v. <br><br> HEALTHCARE SERVICE CORPORATION d/b/a BLUE CROSS AND BLUE SHIELD OF MONTANA, <br><br> Defendant. | CV 18–05–H–DWM <br><br> ORDER |

The parties have filed a Joint Motion for Vacatur of the Court's Order on Motion for Reconsideration (Doc. 80) and a Specified Portion of the Order on Summary Judgment (Doc. 73) which is GRANTED (Doc. 90). Specifically, the Order on Motion for Reconsideration (Doc. 80) is VACATED in its entirety and the portion of the Order on Summary Judgment (Doc. 73) entitled "Rate of Reimbursement for Spring Treatment" on page 31 to the top of page 33 is VACATED. The remainder of the Order on Summary Judgment remains in effect.

- 2 -

IT IS FURTHER ORDERED that this case is DISMISSED WITH PREJUDICE with each side bearing its own costs and fees.

DATED this 3rd day of November, 2021.

_____
Donald W. Molloy, District Judge
United States District Court