UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| JESSICA U., <br><br> Plaintiff, <br><br> vs. <br><br> HEALTHCARE SERVICE CORPORATION, d/b/a BLUE CROSS AND BLUE SHIELD OF MONTANA, <br><br> Defendant. | Case No. CV-18-005-H-DWM <br><br> AMENDED JUDGMENT IN A CIVIL CASE |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__   **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED Pursuant to the Order (Doc. 91), Order on Motion for Reconsideration (Doc. 80) is VACATED in its entirety and the portion of the Order on Summary Judgment (Doc. 73) entitled Rate of Reimbursement for Spring Treatment on page 31 to the top of page 33 is VACATED. The remainder of the Order on Summary Judgment remains in effect.

Dated this 3rd day of November 2021.

TYLER P. GILMAN, CLERK

By: /s/ Heidi Gauthier
Heidi Gauthier, Deputy Clerk